UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 17-50 (MLC) |
| v. | : **SCHEDULING ORDER** |
| LYDELL HARRIS | : |

This matter having come before the Court for arraignment; and the United States being represented by Paul J. Fishman, United States Attorney for the District of New Jersey (by Jihee G. Suh, Assistant U.S. Attorney, appearing); and defendant Lydell Harris, being represented by Rubin Sinins, Esq. and Herbert Waldman, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 10th day of March, 2017, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **April 14, 2017**.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **April 14, 2017**. Exculpatory evidence that becomes known to the

RECEIVED
MAR 10 2017
AT 8:30 M
WILLIAM T WALSH CLERK

Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **May 5, 2017**.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **May 5, 2017**.

5. The following shall be the schedule for pretrial motions in this matter:

a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **May 26, 2017**;

b) The Government shall file any response to the Defendant's pretrial motions on or before **June 16, 2017**;

c) The Defendant shall file any reply on or before **June 30, 2017**;

d) Oral argument on pretrial motions shall be held on 8/9/17 at 10 (a.m.)/p.m.

_____
Honorable Mary L. Cooper
United States District Judge