UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 17-50 |
| v. : | |
| : | **ORDER FOR CONTINUANCE** |
| LYDELL HARRIS : | |

This matter having come before the Court on the joint application of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jihee G. Suh, Assistant U.S. Attorney, appearing), and defendant Lydell Harris (Rubin Sinins, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter from the date this Order is signed through **June 30, 2017**, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant, through his attorney, having consented to the continuance and having waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:


RECEIVED
MAR 10 2017
AT 8:30
WILLIAM T. WAL[SH]

1.  The failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence;

2.  Both the United States and the defense seek additional time to conduct plea negotiations, which would render any subsequent trial of this

matter unnecessary;

    3.    The grant of a continuance will likely conserve judicial resources; and

    4.    As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 10th day of March, 2017, ORDERED that this action be, and hereby is, continued from the date of this order through and including June 30, 2017; and it is further

ORDERED that the period from the date this Order is signed through June 30, 2017, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Mary L. Cooper
United States District Judge

Consented to as to form and entry:

_____
Jihee G. Suh
Assistant U.S. Attorney

_____
Rubin Sinins, Esq.
Counsel for defendant